In the Matter of the Estate of Philip Reab, Deceased. Petition of Lola Reab for Admission to Probate of Codicil to Will.

Lola Reab, Plaintiff-Appellant, v. The Millikin Trust Company, as Administrator with Will Annexed of Estate of Philip Reab, Deceased, and Hattie Siefert, Defendants-Appellees.

Gen. No. 9,850. ■■■■

■■■■

Evans & Kuhle, for appellant; Arthur F. Dela-
hunty, and Donald G. Baird, for appellees. Opinion by JUSTICE O'CON-
NOR. Not to be published in full. Opinion filed November 5, 1952;
released for publication December 2, 1952.